ANTHONY J. DELUCA, ESQ.
Nevada Bar No.: 006952
DELUCA & ASSOCIATES
7580 W. Sahara Avenue
Las Vegas, Nevada 89117
(702) 873-5386
Fax (702) 873-5903
anthony@deluca-associates.com

## IN THE UNITED STATES BANKRUPTCY COURT
### District of Nevada

| **In Re**: | Case No. 10-19122-LBR |
|---|---|
| Kristin E Woods | Trustee: KATHLEEN A. LEAVITT |
| | Chapter:13 |
| **Debtor(s)** | Hearing Date: 1/27/2011 |
| | Hearing Time: 2:30 P.M. |

## NOTICE OF HEARING ON MOTION TO REINSTATE AUTOMATIC STAY REGARDING FIRST FRANKLIN MORTGAGE

*NOTICE IS HEREBY GIVEN that Debtor has  filed a Motion to Reinstate Automatic Stay re First Franklin Mortgage . Any opposition must be filed pursuant to Local Rule 9014(d)(1).*

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 15 days* after the date of this Notice. If the hearing date has been set on less than 15 days' notice, then the opposition must be filed and served *no later than 5 business days* before the hearing.  The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014( c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Las Vegas, Nevada 89101 on January 27, 2010 at the hour of 2:30 p.m.

DATED this 22 day of December, 2010

Signed:

/s/ Anthony J. DeLuca, Esq.
Anthony J. DeLuca, Esq.
Attorney for Debtor(s)