**BK Attorney Services, LLC**

BK Attorney Services, LLC
PO Box 1028
Davenport, WA  99122

# CERTIFICATE OF SERVICE

DATE RECEIVED: Dec 22, 2010     TIME RECEIVED: 04:07PM     TOTAL SERVED: 43

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:     Kristin E. Woods                                CASE NO: 10-19122-LBR

CERTIFICATE OF SERVICE

ATTORNEY/TRUSTEE:   DeLuca & Associates
ADDRESS              5830 W. Flamingo Rd, Ste 233
                     Las Vegas, NV  89103

On Thursday, December 23, 2010, a copy of the following documents, described below,

**Motion to Reinstate Automatic Stay**
**Proposed Order**
**Notice of Hearing**

were deposited for delivery by the United States Postal Service, via first class United States Mail, postage prepaid, first class, with sufficient postage thereon to the parties listed on the mailing list attached hereto and incorporated as though fully set forth herein.

The undersigned does hereby declare under penalty of perjury, under the laws of the United States of America,  that I have served the above referenced document(s) on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: December 23, 2010

_Maria Gonzalez_
Maria Gonzalez
BK Attorney Services, LLC
An Authorized Notice Provider for
the United States Bankruptcy Courts

*Certificate of Service*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0978-2<br>Case 10-19122-lbr<br>District of Nevada<br>Las Vegas<br>Thu Dec 23 07:36:13 PST 2010 | AMERICAN HOME MORTGAGE SERVICING, INC<br>1525 S. BELTLINE RD SUITE 100-N<br>COPPELL, TX 75019-4913 | United States Bankruptcy Court<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101-5833 |
| Affiliated Accep Crp<br>Acct No xxxxxx0222<br>Attn: Customer Service<br>Po Box 790001<br>Sunrise Beach, MO 65079-9001 | American Home Mortgage Servicing, Inc.<br>1525 S. Beltline Road, Suite 100 N<br>Coppell, TX 75019-4913 | Bank Of America<br>Acct No xxxxxxxx7739<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410-8110 |
| Cds/collection Agency<br>Acct No xxxx0492<br>Attn: Bankruptcy<br>5200 Stoneham Rd Suite 200<br>North Canton, OH 44720-1584 | Chase<br>Acct No xxxxxxxx0117<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Creditburcen<br>Acct No xxxxx6408<br>2355 Red Rock St Ste 200<br>Las Vegas, NV 89146-3106 |
| Discover Fin<br>Acct No xxxxxxxx9023<br>Attention: Bankruptcy Department<br>Po Box 3025<br>New Albany, OH 43054-3025 | First Franklin<br>Acct No xxxxxx4930<br>PO Box 660598<br>Dallas, TX 75266-0598 | GEMB / HH Gregg<br>Acct No xxxxxxxx0022<br>Attention:  Bankruptcy<br>Po Box 103106<br>Roswell, GA 30076-9106 |
| Grant & Weber<br>Acct No xxxxx2712<br>861 Coronado Center Dr S<br>Henderson, NV 89052-3992 | Grant & Weber<br>Acct No xxxxx9160<br>861 Coronado Center Dr S<br>Henderson, NV 89052-3992 | (c)GREEN TREE SERVICING L<br>ACCT NO XXXX1511<br>332 MINNESOTA ST STE E610<br>SAINT PAUL MN  55101-1311 |
| Green Tree Servicing LLC<br>P.O. Box 0049<br>Palatine, IL 60055-0049 | (p)GREENTREE SERVICING LLC<br>BANKRUPTCY DEPARTMENT<br>P O BOX 6154<br>RAPID CITY SD 57709-6154 | Hsbc Bank<br>Acct No xxxxxxxx0229<br>Attn: Bankruptcy<br>Po Box 5253<br>Carol Stream, IL 60197-5253 |
| Hsbc Bank<br>Acct No xxxxxxxx0232<br>Attn: Bankruptcy<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Hsbc Bank<br>Acct No xxxxxxxx0589<br>Attn: Bankruptcy<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Hsbc Bank<br>Acct No xxxxxxxx1169<br>Attn: Bankruptcy<br>Po Box 5213<br>Carol Stream, IL 60197-5213 |
| Hsbc Bank<br>Acct No xxxxxxxx1358<br>Attn: Bankruptcy<br>Po Box 5213<br>Carol Stream, IL 60197-5213 | Hsbc Best Buy<br>Acct No xxxxxxxx0157<br>Attn: Bankruptcy<br>Po Box 5263<br>Carol Stream, IL 60197-5263 | Hsbc Best Buy<br>Acct No xxxxxxxx0665<br>Attn: Bankruptcy<br>Po Box 5263<br>Carol Stream, IL 60197-5263 |
| Hsbc Best Buy<br>Acct No xxxxxxxx1101<br>Attn: Bankruptcy<br>Po Box 5263<br>Carol Stream, IL 60197-5263 | National City Bank<br>Acct No xxxxxxxxx4902<br>Po Box 5570<br>Locbr-Yb58-01-3 Bankruptcy<br>Cleveland, OH 44101-0570 | National City Bank<br>Acct No xxxxxxxxx4903<br>Po Box 5570<br>Locbr-Yb58-01-3 Bankruptcy<br>Cleveland, OH 44101-0570 |
| Nevada Federal Cred Un<br>Acct No xxxxxxx9641<br>2645 S Mojave Rd<br>Las Vegas, NV 89121-1238 | Nicklin Property Management<br>375 N. Stephanie Street Suite 911A<br>Henderson NV 89014-8700 | Sears/cbsd<br>Acct No xxxxxxxxxxxx4025<br>Sears Bk Recovery<br>Po Box 20363<br>Kansas City, MO 64195-0363 |

| | | |
|---|---|---|
| Select Portfolio Svcin<br>Acct No 7396<br>3815 South West Temple<br>Salt Lake City, UT 84115-4412 | Taylor, Bean & Whitake<br>Acct No xxxxxxx0107<br>Attn: Bankruptcy<br>1417 N Magnolia Ave<br>Ocala, FL 34475-9078 | US BANK NATIONAL ASSOCIATION<br>C/O SELECT PORTFOLIO SERVICING, INC.<br>FKA FAIRBANKS CAPITAL CORP.<br>3815 S. W. TEMPLE<br>SALT LAKE CITY, UT 84115-4412 |
| VILLA DEL SOL HOMEOWNERS<br>C/O NEVADA ASSOCIATION SERVICES, INC.<br>6224 WEST DESERT INN ROAD<br>LAS VEGAS, NEVADA 89146-6612 | Victoria's Secret<br>Acct No xxxxxxxxxxxxx4555<br>Po Box 182124<br>Columbus, OH 43218-2124 | Wells Fargo<br>Acct No xxxxxxxxxxxxx0001<br>Po Box 60510<br>Los Angeles, CA 90060-0510 |
| Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines, IA 50306-0438 | Wells Fargo Bank, N.A.<br>c/o Wells Fargo Card Services<br>Recovery Department<br>P.O. Box 9210<br>Des Moines, IA 50306-9210 | Wells Fargo Card Ser<br>Acct No xxxxxxxx5922<br>Po Box 5058<br>Portland, OR 97208-5058 |
| Wffinancial<br>Acct No xxxxxxxxxxxx1138<br>800 Walnut St<br>Des Moines, IA 50309-3605 | Wffinancial<br>Acct No xxxxxxxxxxxxx9001<br>Po Box 7648<br>Boise, ID 83707-1648 | (p)WACHOVIA DEALER SERVICES INC<br>BK DEPARTMENT<br>PO BOX 19657<br>IRVINE CA 92623-9657 |
| Wyrhsr Mtg<br>Acct No xxxxxxxx7478<br>3815 South West Temple<br>Salt Lake City, UT 84115-4412 | ~~ANTHONY DELUCA~~<br>~~5830 W. FLAMINGO RD., #233~~<br>~~LAS VEGAS, NV 89103-0167~~ | KATHLEEN A. LEAVITT<br>201 LAS VEGAS BLVD., SO. #200<br>LAS VEGAS, NV 89101-5727 |
| KRISTIN E WOODS<br>7208 GRAY ST.<br>LAS VEGAS, NV 89145-6019 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Green Tree Servicing LLC<br>P.O. Box 6154<br>Rapid City, SD 57709-6154 | Wfs Financial/Wachovia Dealer Services<br>Acct No xxxxxxxx2874<br>Po Box 19657<br>Irvine, CA 92623 |

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

Green Tree Servicing L
Acct No xxxx1511
332 Minnesota St Ste 610
Saint Paul, MN 55101

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)US BANK NATIONAL ASSOCIATION | (u)American Home Mtg Srv<br>Acct No xxxxxxxxx7396<br>Please call 1-888-237-9280<br>with specific loan number | (u)Collection<br>Acct No xxxxxxxxxxxxx2297 |
| (u)HOA for home #2 | (u)Toyota Motor Credit Co<br>Acct No xxxxxx8689<br>Must call 800-874-8822 for mailing addre | End of Label Matrix<br>Mailable recipients    45<br>Bypassed recipients     5<br>Total                  50 |