


Entered on Docket
February 01, 2011

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

ANTHONY J. DELUCA, ESQ.
Nevada Bar No.: 006952
DELUCA & ASSOCIATES
5830 West Flamingo Road, Suite 233
Las Vegas, Nevada 89103
(702) 873-5386
Fax (702) 975-6261
anthony@deluca-associates.com

### IN THE UNITED STATES BANKRUPTCY COURT
### District of Nevada

| | |
|---|---|
| **In Re**: | Case No. 10-19122-LBR |
| | Trustee: KATHLEEN A. LEAVITT |
| Kristin E Woods | |
| | Chapter 13 |
| **Debtor(s)** | Hearing Date: January 27, 2011 |
| | Hearing Time: 3:05 pm |

### ORDER TO VALUE COLLATERAL; ORDER TO AVOID LIEN

   THIS MATTER having come before the Court for a hearing on January 27, 2011, attorney for Debtor(s) appearing on behalf of Debtors, proper notice having been given and no opposition being made to the Motion to Value Collateral, "Strip Off" and Modify Rights on the real property located at 7208 Gray St., Las Vegas, NV

   **IT IS THEREFORE ORDERED THAT Green Tree Servicing L**'s claim is " Stripped off" and shall be avoided pursuant 11 U.S.C. Section 506(a).

**IT IS FURTHER ORDERED THAT Green Tree Servicing L** shall retain their lien on the real property located at 7208 Gray St., Las Vegas, NV subject property until such time as the Debtor(s) have completed payment of the Chapter 13 Plan and receive discharge. The mortgage claim shall be deemed as a wholly general unsecured claim to be paid pro rata with other general unsecured creditors through the Debtor's Plan.

**IT IS FURTHER ORDERED THAT** in the event the instant Chapter 13 matter is dismissed or converted to a chapter 7, the instant order will be vacated.

DATED this 14 day of December, 2010.

Submitted by:                                                      Approved as to Form and Content by:
/s/ ANTHONY J DELUCA

_____         _____
ANTHONY J. DELUCA, ESQ.                KATHLEEN A. LEAVITT
5830 West Flamingo Road, Suite 233      CHAPTER 13 STANDING TRUSTEE
Las Vegas, Nevada 89103
Attorney for Debtor's

ALTERNATIVE METHOD re: RULE 9021:
In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement of approval under LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

_ _ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Party                                               Approved     Disapproved     Failed to Respond

_x_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.