ANTHONY J. DELUCA, ESQ.
Nevada Bar No.: 006952
DELUCA & ASSOCIATES
7580 West Sahara Ave
Las Vegas, Nevada 89117
(702) 873-5386
Fax (702) 975-6261
anthony@deluca-associates.com

### IN THE UNITED STATES BANKRUPTCY COURT
### District of Nevada

| **In Re**: | Case No. 10-19122-LBR |
|---|---|
| Kristin E Woods | Trustee: KATHLEEN A. LEAVITT |
| | Chapter 13 |
| **Debtor(s)** | Hearing Date: March 10, 2011 |
| | Hearing Time: 3:05 pm |

### Notice of Hearing on Motion To Value Collateral, "Strip Off", and Modify Rights of First Franklin

*NOTICE IS HEREBY GIVEN that a Motion to Value Collateral, "Strip off" and Modify rights of First Franklin is set for hearing on March 10, 2011 at 3:05 pm. The Motion seeks the following relief: To "Strip off" and Modify rights of First Franklin. Any opposition must be filed pursuant to Local Rule 9014(d)(1).*

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

It is the duty of the objecting party to timely set the objection for a hearing and properly notice all parties in interest. If you do not file an objection within the time permitted, an order granting the requested relief may be entered by the court without further notice or hearing.

**Pursuant to Local Rule 9014(d)(1)**, Oppositions to a motion must be filed and service must be completed on the movant no later than 14 days preceding the hearing date for the motion. The

opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of LR 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Las Vegas, Nevada 89101 on March 10, 2011 at the hour of 3:05 pm.

DATED this 3 day of February, 2011                    Signed:

/s/ Anthony J. DeLuca, Esq.
Anthony J. DeLuca, Esq.
Attorney for Debtor(s)