ANTHONY J. DELUCA, ESQ.
Nevada Bar No.: 006952
DELUCA & ASSOCIATES
7580 West Sahara Avenue
Las Vegas, Nevada 89117
(702) 252-4673
Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:

Kristin E. Woods

        Debtor(s)

Case No.: BK# 10-19122-LBR
Chapter 13
Kathleen A. Leavitt

Date: OST pending
Time: OST pending

## MOTION FOR ORDER SHORTENING TIME ON DEBTOR'S MOTION TO REINSTATE AUTOMATIC STAY

    COMES NOW the Debtors, Kristin E. Woods, by and through her attorney Anthony J Deluca, Esq., who respectfully files this Motion for Order Shortening Time on Debtors' **Motion to Reinstate Automatic Stay**, filed on the 11th day of March. As grounds for the Motion on Order Shortening Time, Anthony J. Deluca, represents that the Debtor has provided proof that the Debtor is Cramming the Fair Market Value of the rental property in question to be paid through the Chapter 13 Plan and that the Creditor proceeded with the foreclosure sale of the property before the deadline for the Order Approving the Reinstatement of the Automatic Stay granted on January 27, 2011. As such, the Debtors cannot wait for a hearing on the ordinary calendar if they are to rectify the foreclosure sale of the rental property in question.

    Attorney **Anthony J. Deluca**, Esq.'s affidavit in support of Order Shortening Time is attached and advises the Court of specific details of Debtor's request to have the hearing heard on a shortened time.

1  ///

2  ///

3

4  **WHEREFORE**, Debtors humbly request this court to

5      1. Hear the **Motion to Reinstate Automatic Stay** on shortened time.

6

7  DATED this 11th day of March, 2011

8                                                    Submitted by:

11                                                   /s/ Anthony J. Deluca, Esq.

13                                                   Anthony J. Deluca, Esq.

14                                                   DeLuca & Associates

15                                                   7580 West Sahara Avenue

16                                                   Las Vegas, NV  89117