# AFFIDAVIT OF ANTHONY J. DELUCA, ESQ. IN SUPPORT OF MOTION TO REINSTATE AUTOMATIC STAY

STATE OF NEVADA)
) ss:
COUNTY OF CLARK)

Affiant, Anthony J. DeLuca, Esq. being first duly sworn, deposes and says as follows:

1. I am a resident of the State of Nevada.

2. I am an attorney duly licensed to practice law in the State of Nevada

3. Movant declares that the facts contained in the attached motion are true and accurate to the best of his knowledge

4. **Movant represents that the motion is required on shortened time, otherwise the foreclosing Creditor will continue to pursue eviction.**

FURTHER AFFIANT SAYETH NAUGHT.

Executed this ___11th___ day of February 2011, in the City of Las Vegas, County of Clark, Nevada.

_____
Anthony J. DeLuca

STATE OF NEVADA
COUNTY OF CLARK

SUBSCRIBED TO AND SWORN TO BEFORE ME THIS ___11th___ DAY OF February 2011.

_____
NOTARY



NOTARY PUBLIC
STATE OF NEVADA
County of Clark
BRANDON CLAY ALLEN
No: 08-8636-1
My Appointment Expires Nov. 13, 2012