Case 10-19122-lbr    Doc 69    Entered 03/15/11 11:53:26    Page 1 of 2



Entered on Docket
March 15, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

ANTHONY J. DELUCA, ESQ.
Nevada Bar No.: 006952
DELUCA & ASSOCIATES
7580 West Sahara Avenue
Las Vegas, Nevada 89117
(702) 873-5386
Fax (702) 873-5903
anthony@deluca-associates.com

### IN THE UNITED STATES BANKRUPTCY COURT
### District of Nevada

| | |
|---|---|
| **In Re**: | Case No. 10-19122-LBR |
| | Trustee: KATHLEEN A. LEAVITT |
| Kristin E Woods | |
| | Chapter:13 |
| | |
| **Debtor(s)** | Hearing Date |
| | Hearing Time: 2:30 p.m. |

### ORDER GRANTING DEBTOR'S MOTION TO REINSTATE AUTOMATIC STAY

This Court, having considered the Debtor's Motion to Reinstate Automatic Stay and having examined the pleadings and papers on file and having entertained the arguments of counsel and good cause appearing,

/ / /

/ / /

/ / /

      IT IS HEREBY ORDERED that the Debtor's Motion to Reinstate Automatic Stay be GRANTED.

      IT IS SO ORDERED.

| Submitted by: | APPROVED/DISAPPROVED |
|---|---|
| /s/ ANTHONY J DELUCA | |
| _____ | by: _____ |
| ANTHONY J. DELUCA, ESQ. | KATHLEEN A. LEAVITT |
| 5830 West Flamingo Road, Suite 233 | |
| Las Vegas, Nevada 89103 | |
| Attorney for Debtor's | Trustee |

APPROVED/DISAPPROVED


by: _____

Attorney for Creditor



In accordance with LR 9021, counsel submitting this document certifies as that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement of approval under LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

| Party | Approved | Dissapproved | Failed to respond |
|---|---|---|---|

__X__ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###