

Entered on Docket
March 24, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

ANTHONY J. DELUCA, ESQ.
Nevada Bar No.: 006952
DELUCA & ASSOCIATES
7580 West Sahara Ave
Las Vegas, Nevada 89117
(702) 873-5386
Fax (702) 975-6261
anthony@deluca-associates.com

### IN THE UNITED STATES BANKRUPTCY COURT
### District of Nevada

| | |
|---|---|
| **In Re**: <br><br> Kristin E Woods <br><br><br><br> **Debtor(s)** | Case No. 10-19122-LBR <br> Trustee: KATHLEEN A. LEAVITT <br><br> Chapter 13 <br><br> Hearing Date: March 10, 2011 <br> Hearing Time: 3:05 pm |

### ORDER TO VALUE COLLATERAL; ORDER TO AVOID LIEN

    THIS MATTER having come before the Court for a hearing on March 10, 2011, attorney for Debtor(s) appearing on behalf of Debtors, proper notice having been given and no opposition being made to the Motion to Value Collateral, "Strip Off" and Modify Rights on the real property located at 2801 N Rainbow, Las Vegas NV 89128.

    **IT IS THEREFORE ORDERED THAT First Franklin**'s claim is " Stripped off" and shall be avoided pursuant 11 U.S.C. Section 506(a).

**IT IS FURTHER ORDERED THAT First Franklin** shall retain their lien on the real property located at 2801 N. Rainbow, Las Vegas NV 89128 subject property until such time as the Debtor(s) have completed payment of the Chapter 13 Plan and receive discharge. The mortgage claim shall be deemed as a wholly general unsecured claim to be paid pro rata with other general unsecured creditors through the Debtor's Plan.

**IT IS FURTHER ORDERED THAT** in the event the instant Chapter 13 matter is dismissed or converted to a chapter 7, the instant order will be vacated.

DATED this 3 day of February, 2011.

| Submitted by: | Approved as to Form and Content by: |
|---|---|
| /s/ ANTHONY J DELUCA | |
| _____ | _____ |
| ANTHONY J. DELUCA, ESQ. | KATHLEEN A. LEAVITT |
| 7580 West Sahara Avenue | CHAPTER 13 STANDING TRUSTEE |
| Las Vegas, Nevada 89117 | |
| Attorney for Debtor's | |

ALTERNATIVE METHOD re: RULE 9021:
In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement of approval under LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Party                                            Approved    Disapproved    Failed to Respond


_X__I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.