

**Entered on Docket
April 25, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge
_____

# United States Bankruptcy Court
## District of Nevada

Case No. <u>10−19122−lbr</u>
**Chapter 13**

In re:
   KRISTIN E WOODS

            Debtor(s).

### ORDER VACATING ORDER ENTERED IN ERROR

It having been determined that, due to clerical error, an
ORDER REINSTATING THE AUTOMATIC STAY
was entered in this matter. (Dkt. # 69).

IT IS HEREBY ORDERED that the
THIS MOTION WAS NEVER HEARD AND RULED ON BY THE COURT − THIS ORDER WAS ENTERED IN ERROR
entered on 03/15/11 is hereby vacated.

###